Case 4:25-cv-03844   Document 14   Filed 11/18/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN PALOMARES SAAVEDRA, | § § § § | |
| Petitioner, | | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-03844 |
| RANDY TATE, | § § § § | |
| Respondent. | § | |

## ORDER

Before the Court is the parties' Stipulation of Voluntary Dismissal filed on November 17, 2025. Doc. #13. In accordance with the Stipulation of Voluntary Dismissal (Doc. #13) and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED that this action is DISMISSED without prejudice, with each party to bear their own costs.

It is so ORDERED.

NOV 1 8 2025
Date

The Honorable Alfred H. Bennett
United States District Judge